# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 27, 2013

Lyle W. Cayce
Clerk

No. 12-51099
Summary Calendar

MARCOS GONZALEZ, and those other inmates similarly situated in the custody of the Attorney General,

Plaintiff-Appellant

v.

J. MCLAUGHLIN, Clinical Director, in his official and/or individual capacity,

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:11-CV-582

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Marcos Gonzalez, federal prisoner # 65613-079, appeals from the district court's grant of summary judgment in favor of Dr. J. McLaughlin on his claims of deliberate indifference to serious medical needs. Gonzalez's claims amount to a disagreement with the medical care he received, which is not actionable under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). *See Gobert v. Caldwell*, 463 F.3d 339, 346 (5th Cir. 2006).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Gonzalez has abandoned all other claims by failing to brief them adequately. *See Mapes v. Bishop*, 541 F.3d 582, 584 (5th Cir. 2008); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

Accordingly, the judgment of the district court is AFFIRMED. McLaughlin's motion for summary affirmance and his alternative motion for an extension of time to file a brief are DENIED as moot.